**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
OFFICER KENNETH JACKSON, OFFICER ROBERT DeMARCO

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff BRIAN BUSTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN BUSTER,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, OFFICER KENNETH JACKSON, OFFICER ROBERT DEMARCO and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>      Defendants. | Case No. 2:18-cv-01860-TLN-EFB<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RESOLUTION OF CRIMINAL ACTION** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that City Defendants and Plaintiff Brian Buster stipulate that good cause exists for the Court to stay the present action pending resolution of criminal proceedings against

Plaintiff Brian Buster currently pending in Solano County Court (Case No. VCR224537) which involves the same set of underlying facts and circumstances giving rise to this civil litigation. Good cause exists to stay this action as a conviction in the criminal action will potentially bar or limit Plaintiff's claims in this action pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). In addition, under California law Plaintiff's claims may not be brought while a criminal case is pending pursuant to Government Code § 945.3.

The parties shall notify the court within 15 days of resolution of the criminal action, or provide a brief status report updating the court by no later than March 1, 2020.

DATED: November 15, 2019  Respectfully submitted,

 /s/ *Timothy R. Smyth*
TIMOTHY R. SMYTH
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO, OFFICER KENNETH JACKSON, OFFICER ROBERT DeMARCO

DATED: November 15, 2019  Respectfully submitted,

 /s/ *Stanley Goff*
STANLEY GOFF
Attorney for Plaintiff BRIAN BUSTER

IT IS SO ORDERED:

DATED: November 18, 2019

Troy L. Nunley
United States District Judge

**STIPULATION TO STAY CASE PENDING RESOLUTION OF CRIMINAL ACTION**
-2-